# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

NOEL WAITE,

        Plaintiff,

v.

CLARK COUNTY COLLECTION
SERVICES, LLC *et al.,*

        Defendant.

2:11-cv-01741-LRH-VCF

**O R D E R**

Before the court is the matter of *Waite v. Clark County Collection Service, LLC* (Case No. 2:11-cv-01741-LRH -VCF).

**Relevant Procedural Facts**

On May 29, 2012, Plaintiff filed a Motion for Attorney Fees. (#13). On June 15, 2012, Defendant filed a Counter Motion for Referral to State Bar of Nevada (#15), which, pursuant to LR IB 1-3 and 28 U.S.C § 636(b)(1)(A), was automatically referred to the undersigned Magistrate Judge for hearing and final determination.

On June 25, 2012, the Honorable Larry R. Hicks referred Plaintiff's Motion for Attorney Fees (#13) to the undersigned. This referral, pursuant to LR IB 1-4 and 28 U.S.C. § 636(b)(1)(B), designates the undersigned to conduct hearings, including evidentiary hearings, and to submit to Judge Hicks proposed findings of fact and recommendations for disposition of the motion.

By Minute Order entered on July 25, 2012, Judge Hicks referred to the undersigned for Review and Recommendation, also pursuant to LR IB 1-4 and 28 U.S.C. § 636(b)(1)(B), the Verified Petition to Practice Pro Hac Vice filed by Sergei Lemberg (#18).

At this stage in the proceedings, it appears that a number of intertwined fact and legal issues must be resolved to enable disposition of these two motions (#13 and #15) and the petition (#18).

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Attorney Fees (#13), Defendant's Counter Motion for Referral the State Bar of Nevada (#15) and the Verified Petition to Practice Pro Hac Vice filed by Sergie Lemberg (#18) are set for an evidentiary hearing on September 24, 2012, at 10:00 AM in Courtroom 3A, U. S. District Court, District of Nevada, 333 Las Vegas Boulevard South, Las Vegas, NV 89101. Testimony and other evidence will be admitted in accordance with the Federal Rules of Evidence.

2. On or before September 17, 2012, at 4:00 p.m., each party must:

    a. Serve on each other and deliver to the undersigned's chambers pre-marked copies of any exhibits to be offered into evidence at the September 24, 2012, hearing; and

    b. File and serve a list of witnesses who will be called to testify at the September 24, 2012, hearing, with a brief description of the subject matter (not the content) of their expected testimony.

3. Non-compliance with 2(a) or 2(b) may result in the exclusion of evidence not served, delivered or filed as ordered.

DATED this 26th day of July, 2012.

_____
**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**

2