# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| NOEL WAITE,<br><br>        Plaintiff,<br><br>vs.<br><br>CLARK COUNTY COLLECTION SERVICE, LLC,<br><br>        Defendant. | 2:11-cv-01741-LRH-VCF<br><br>**ORDER**<br><br>[Verified Petition for Permission to Practice in this Case only by Attorney Not Admitted to the Bar of this Court and Designation of Local Counsel (#18) and Counter Motion for Referral to State Bar of Nevada (#15)] |

Before the Court is the Verified Petition for Permission to Practice in this Case only by Attorney Not Admitted to the Bar of this Court and Designation of Local Counsel (#18) and Counter Motion for Referral to State Bar of Nevada (#15).

For reasons stated at the beginning of the evidentiary hearing on September 24, 2012,

IT IS HEREBY ORDERED that attorney Sergei Lemberg's Verified Petition for Permission to Practice in this Case only by Attorney Not Admitted to the Bar of this Court and Designation of Local Counsel (#18) is Granted.

IT IS FURTHER ORDERED that the Counter Motion for Referral to State Bar of Nevada (#15) is Denied as Moot.

IT IS FURTHER ORDERED that the Evidentiary Hearing is continued to 1:00 p.m., September 25, 2012 in Courtroom 3A.

DATED this 25th day of September, 2012.

                                                                                    CAM FERENBACH
                                                                                    UNITED STATES MAGISTRATE JUDGE