UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

NOEL WAITE,

          Plaintiff,

v.

CLARK COUNTY COLLECTION SERVICES, LLC; *et al.*,

          Defendants.

2:11-cv-01741-LRH (VCF)

<u>ORDER</u>

      The Court has considered the Report and Recommendation of United States Magistrate Judge Cam Ferenbach (#48) entered on October 16, 2012, in which the Magistrate Judge recommends that Plaintiff's Motion for Attorney Fees (#13) be granted in part and denied in part.  Plaintiff filed her Objections to the Report and Recommendation of Magistrate Judge Cam Ferenbach Granting in Part and Denying in Part Plaintiff's Motion for Attorney's Fees (#55) on November 9, 2012; Plaintiff also filed an Errata (#57) to her Objections on November 19, 2012.  Defendants filed a Response to Plaintiff's Objections to the Report and Recommendation of Magistrate Judge Cam Ferenbach Granting in Part and Denying in Part Plaintiff's Motion for Attorney's Fees (#58) on December 3, 2012.

      The Court has also considered the Report and Recommendation of United States Magistrate Judge Cam Ferenbach (#49) entered on October 16, 2012, in which the Magistrate Judge recommends that Plaintiff's Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11 (#28) be DENIED.

Plaintiff filed her Objections to the Report and Recommendation of Magistrate Judge Cam Ferenbach Denying Plaintiff's Motion for Sanctions Under Fed.R.Civ.P.11 (#56) on November 9, 2012. Defendants filed a Response to Plaintiff's Objections to the Report and Recommendation of Magistrate Judge Cam Ferenbach Denying Plaintiff's Motion for Sanctions Under Fed.R.Civ.P.11 (#59) on December 3, 2012.

The Court has considered Plaintiff's Objections, Defendants' Responses, the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Reports and Recommendations of the United States Magistrate Judge (##48, 49); therefore, Plaintiff's Motion for Attorney Fees (#13) is **GRANTED in part and DENIED in part** as discussed in the Report and Recommendation #48; and Defendant Collection Services shall pay the attorneys' fees in the amount of $1,485.00 and costs of $426.80 within thirty days of the date of this order.

IT IS FURTHER ORDERED that Plaintiff's Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11 (#28) is DENIED.

IT IS SO ORDERED.

DATED this 6th day of January, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE