AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Noel Waite,

                Plaintiff,

V.

Clark County Collection Service, LLC

                Defendant.

**JUDGMENT IN A CIVIL CASE**

Attorneys Fees

Case Number: 2:11-cv-01741-LRH-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Defendant Collection Services shall pay the attorneys fees to Plaintiff Noel Waite in the amount of $1,485.00.

January 7, 2013                  /s/ Lance S. Wilson

Date                                                                      Clerk

                                                                                            /s/ Erin Smith

                                                                                            (By) Deputy Clerk