UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| NOEL WAITE,<br><br>               Plaintiff,<br><br>v.<br><br>CLARK COUNTY COLLECTION<br>SERVICES, LLC; *et al.*,<br><br>               Defendants. | 2:11-cv-01741-LRH (VCF)<br><br>ORDER |

The Court has considered the Report and Recommendation of United States Magistrate Judge Cam Ferenbach (#70) entered on March 5, 2013, in which the Magistrate Judge recommends that Plaintiff's Motion for Sanctions (#33) be denied, defendant Clark County Collection Service, LLC's Motion for Attorneys' Fees (#63) be granted in part and denied in part, and that Plaintiff pay the attorneys' fees in the amount of $1,882.50 within thirty days from the date of this order. Plaintiff filed her Objections to the Report and Recommendation of Magistrate Judge Cam Ferenbach Granting in Part and Denying in Part Defendant's Motion for Attorneys' Fees and Denying Plaintiff's Motion for Sanctions (#71) on March 19, 2013. Defendants filed a Response to Counsel's Objections to the Report and Recommendation of Magistrate Judge Cam Ferenbach Granting in Part and Denying in Part Defendant's Motion for Attorney's Fees (#72) on April 5, 2013.

The Court has considered Plaintiff's Objections, Defendant's Response, the pleadings and memoranda of the parties and other relevant matters of record and has made a review and

determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#70); therefore, Plaintiff's Motion for Sanctions (#33) is **DENIED**.

IT IS FURTHER ORDERED that defendant Clark County Collection Service, LLC's Motion for Attorney Fees (#63) is **GRANTED in part and DENIED in part** as discussed in the Report and Recommendation #70.

IT IS FURTHER ORDERED that Plaintiff shall pay the previously awarded attorneys' fees in the amount of $1,882.50.

IT IS FURTHER ORDERED that defendant Clark County Collection Service, LLC's request for additional attorneys' fees in the amount of $1,176.00 (#72) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall pay the total attorneys' fees awarded in this matter in the amount of $3,058.50 within thirty (30) days of the date of this order.

IT IS SO ORDERED.

DATED this 9th day of May, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE