# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NOEL WAITE,<br><br>           Plaintiff,<br><br>vs.<br><br>CLARK COUNTY COLLECTION SERVICE, LLC,<br><br>           Defendant. | 2:11-cv-01741-LRH-VCF<br><br>**ORDER** |

    Before the Court is the Memorandum by the 9th Circuit Court of Appeals (#82) and this Court's Order on Mandate (#87).

    A status conference to discuss remand proceedings is set for 10:00 a.m., May 11, 2015, in courtroom 3D.

    DATED this 28th day of April, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE