Sergei Lemberg (*phv*)
Lemberg Law, LLC
A Connecticut Law Firm 1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Jennifer Hsiao-Wei Tsai, Esq.
Nevada Bar No. 11477
JT Law Group
1810 E. Sahara Ave., Ste. 108
Las Vegas, NV 89104
Phone: (702) 727-3943
Fax: (702) 989-8358
Email: Jennifer@jtlawgroup.com

Dennis L. Kennedy, Nevada Bar No. 1462
Joshua P. Gilmore, Nevada Bar No. 11576
Paul C. Williams, Nevada Bar No. 12524
BAILEY  KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: (702) 562-8820
Facsimile: (702) 562-8821
dkennedy@baileykennedy.com
jgihnore@baileykennedy.com
pwilliams@baileykennedy.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Noel Waite,<br><br>   Plaintiff,<br><br>vs.<br><br><br>Clark County Collection Service, LLC; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No.: 2:11-cv-01741-LRH-VCF<br><br>**MOTION TO APPEAR BY TELEPHONE** |

Plaintiff Noel Waite, by and through undersigned counsel, hereby respectfully requests that Plaintiff's counsel appear at the Status Conference by telephone. In support of this motion, Plaintiff states as follows:

1. On April 28, 2015, the Court issued an Order setting the Status Conference for May 11, 2015 at 10:00 a.m. (Doc. No. 88).

2. Plaintiff's counsel is located in Stamford, Connecticut.

3. In an attempt to save on travel expenses, Plaintiff respectfully requests that her counsel be permitted to appear at the Status Conference by telephone.

4. We have conferred with counsel for the Defendant who does not object to this request.

WHEREFORE, Plaintiff respectfully requests that the Court permit Plaintiff's counsel to appear at the Status Conference by telephone.

Dated: May 5, 2015                                  Respectfully submitted,
                                                    Plaintiff, Noel Waite

                                                    */s/ Sergei Lemberg*
                                                    Sergei Lemberg (*phv*)
                                                    Lemberg Law, LLC
                                                    A Connecticut Law Firm 1100 Summer Street
                                                    Stamford, CT 06905
                                                    Telephone: (203) 653-2250
                                                    Facsimile: (203) 653-3424

                                                    Jennifer Hsiao-Wei Tsai, Esq.
                                                    Nevada Bar No. 11477
                                                    JT Law Group
                                                    1810 E. Sahara Ave., Ste. 108
                                                    Las Vegas, NV 89104
                                                    Phone: (702) 727-3943
                                                    Fax: (702) 989-8358
                                                    Email: Jennifer@jtlawgoup.com

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 5, 2015, a copy of the foregoing was filed with the clerk of the court through the CM/ECF system which sent notice of such filing to the following:

Patrick J Reilly
Nicole E. Lovelock
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

/s/ Sergei Lemberg
Sergei Lemberg

IT IS HEREBY ORDERED that the Motion to Appear by Telephone (#90) is GRANTED. The call in telephone number is (702) 868-4911, access code: 123456, the call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 5-6-2015