**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

NOEL WAITE,

          Plaintiff,

vs.

CLARK COUNTY COLLECTION SERVICE, LLC,

          Defendant.

2:11-cv-01741-LRH-VCF

**ORDER STAYING PROCEEDINGS**

Before the Court is Plaintiff's Supplemental Attorney's Fee Application to Plaintiff's Motion for Attorney's Fees and Costs (#89). Defendant responded (#99), and Plaintiff replied (#102).

This case was appealed to the Ninth Circuit Court of Appeals ("9th Cir."). Issues remain unresolved in that court in the consolidated appeals numbered 13-15143 and 13-16125. Specifically, with regard to Noel Waite's Motion for attorney's fees incurred on appeal (#46 in 13-15143 and #42 in 13-16125), the 9th Cir. has issued two orders:

1. On June 22, 2015, the 9th Cir. entered an Order (#52 in 15-15143 and #48 in 15-16125) ruling that, "appellant is entitled to recover only those fees incurred in appealing from the district court's denial of fees for Tammy Hussin's work and reduction of Jennifer Tsai's rate. Appellant is not entitled to fees incurred in appealing from the district court's sanctions orders or its reduction of Tsai's time." and referred "the determination of an appropriate amount of fees on appeal" to the court's special master, Appellate Commissioner Peter L. Shaw.

2. On July 2, 2015, the 9th Cir. Appellate Commissioner entered an Order (#53 in 15-15143 and #49 in 13-16125) referring the question of an appropriate amount of fees to the Circuit Mediator.

Judicial efficiency will be served if this Court stays a ruling on the attorney's fees issues pending before it until after the 9th Cir. resolves the substantially similar attorney's fees issues pending before it.

1   Accordingly, IT IS HEREBY ORDERED that all proceedings in this case are stayed pending further order of the Court.

IT IS FURTHER ORDERED that no later than 30 days after entry of an order by the 9th Cir. finally disposing of the attorney's fees issues before it, that parties must file a joint status report in this Court, proposing a schedule to be followed for updating the briefing and argument on Plaintiff's Supplemental Attorney's Fee Application to Plaintiff's Motion for Attorney's Fees and Costs (#89).

DATED this 10th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE