UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

NOEL WAITE,

        Plaintiff,

v.

CLARK COUNTY COLLECTION SERVICES, LLC; *et al.*,

        Defendants.

2:11-cv-01741-LRH (VCF)

ORDER

    The Court notes and approves of the Order Staying Proceedings entered by Magistrate Judge Ferenbach with regard to Plaintiff's Supplemental Attorney's Fee Application to Plaintiff's Motion for Attorney's Fees and Costs (doc. #89).

    If Appellate Commissioner Shaw and/or the Ninth Circuit's Special Master are inclined to consider taking on the heavier load of both pending attorney fee applications which concern the parties herein, the Court expresses its appreciation to the Ninth Circuit Court and strongly urges that the parties consider such a mediation.

    The limited purpose of this order is to pass on the Court's recommendation.

    DATED this 13th day of July, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE